IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RODNEY WILSON MCCLANTON,**
**ADC #108785**                                                                         **PLAINTIFF**

VS.                        5:17-CV-00290-BRW-JTR

**BUNDIT, Assistant Warden,**
**Cummins Unit, ADC,** *et al.*                                               **DEFENDANTS**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections.[1] After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommendation as set out below:

The complaint is dismissed without prejudice.[2] Dismissal constitutes a "strike," and I certify that an *in forma pauperis appeal* from this Order would not be taken in good faith.[3]

IT IS SO ORDERED this 16th day of January, 2018.

                                                                         /s/ Billy Roy Wilson _____
                                                                         UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 9, 10.

[2] Doc. No. 2.

[3] 28 U.S.C. § 1915(a)(3) and (g).