IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RODNEY WILSON MCCLANTON,**
**ADC #108785**                                                                                    **PLAINTIFF**

**VS.**                              **5:17-CV-00290-BRW-JTR**

**BUNDIT, Assistant Warden,**
**Cummins Unit, ADC,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed and all relief sought is denied.

IT IS SO ORDERED this 16th day of January, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE